# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

April 15, 2024

Lyle W. Cayce

Clerk

No. 23-20255
Summary Calendar

———————————

United States of America,

*Plaintiff—Appellee*,

*versus*

Patrick W. Kelly,

*Defendant—Appellant*.

———————————

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:19-CR-719-10

———————————

Before Higginbotham, Stewart, and Southwick, *Circuit Judges*.

Per Curiam:[*]

The attorney appointed to represent Patrick W. Kelly has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Kelly has not filed a response.  We have reviewed counsel's brief and the relevant portions of the record reflected therein.  We concur with counsel's

———————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 23-20255

assessment that the appeal presents no nonfrivolous issue for appellate review.    Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.